# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGOBERTO ENRIQUE ISAZA,<br>　　　　　Plaintiff(s),<br>vs.<br>CAESAR ALMASE,<br>　　　　　Defendant(s). | Case No. 2:16-cv-00085-RFB-NJK<br><br>ORDER<br><br><br>(Docket No. 7) |

Pending before the Court is Plaintiff's motion for production of documents. Docket No. 7. The Court has recommended dismissal of the instant case, which recommendation remains pending. Docket No. 5. Therefore, any motion filed in the instant case is premature. Accordingly, the Court DENIES Plaintiff's motion. Docket No. 7.[1]

IT IS SO ORDERED.

DATED: March 7, 2016

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Pursuant to Local Rule 26-8, discovery-related documents are not to be filed on the docket unless ordered by the Court. *See Woods v. Quintana*, 2015 U.S. Dist. LEXIS 170632, at *7 (D. Nev. Dec. 22, 2015). Plaintiff's motion for production of documents is, in fact, a Federal Rule of Civil Procedure 34 request for production of documents, which is exactly the type of document that Local Rule 26-8 prohibits parties from filing on the docket.