1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**

9
**DISTRICT OF NEVADA**

10

11  RIGOBERTO ENRIQUE ISAZA,                    )
                                               )     Case No. 2:16-cv-00085-RFB-NJK
12                          Plaintiff,          )
                                               )     ORDER
13  vs.                                         )
                                               )
14  CAESAR ALMASE,                             )
                                               )     (Docket Nos. 9, 10)
15                          Defendant.          )
    _____)

16        Pending before the Court is Plaintiff's motion for maturity of compulsory - counterclaim.

17  Docket No. 9.  Also pending before the Court is Plaintiff's motion to extend prison copywork limit.

18  Docket No. 10.  The Court is unable to discern the nature of the relief Plaintiff requests in Docket No.

19  9.  Additionally, the Court has recommended dismissal of the instant case and, therefore, any motions

20  filed in the instant case are premature.  Accordingly, the Court **DENIES** Plaintiff's motions.  Docket

21  Nos. 9, 10.

22        IT IS SO ORDERED.

23        DATED: May 26, 2016.

24

25                                                    _____
                                                      NANCY J. KOPPE
26                                                    United States Magistrate Judge

27

28